In the Matter of Charles R. Purdy and Caroline S. Shannon, *Executors, etc., of* Ann Lohman, *Deceased, Respondents, v.* Orlando L. Stewart, *Appellant.* — Order reversed, with ten dollars costs and disbursements, and without prejudice to further proceedings. Opinion by Davis, P. J.

Stafford P. Cruikshank, *Respondent, v.* Willett Bronson, *Apellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Henry R. Cassels and others, *Respondents, v.* Daniel C. Fisk and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The People of the State of New York, *v.* Pasquale Majone, *Appellant.* — Judgment affirmed. Opinion by Daniels, J.

Daniel W. Arnold, *Appellant, v.* Isaac J. Oliver and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Edwin J. Dunning, *Appellant, v.* Peter Bowe, *Respondent.* — Order affirmed, costs to abide the event. Opinion by Brady, J.

In the Matter of Ferdinand S. Hahn, an Attorney. — Order entered disbarring respondent. Opinion by Brady, J.

George Chalmers, *Appellant, v.* Mary E. Strong, *as Executrix of* Latham Cornell Strong, *Deceased, Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

John H. Bonn, *Appellant, v.* Ernest Steiger, *Respondent.* — Judgment affirmed, with costs. Opinion by Davis, P. J.

Ezekiel T. Bell, *Plaintiff, v.* Edward L. Merrifield, *Defendant.* — Ordered, that the plaintiff be at liberty to procure a resettlement of the case in the particulars mentioned in the affidavits upon which this notice is made, and that the case be afterwards reheard by the General Term upon payment by the appellant to the respondent of all the costs and disbursements of the respondent since the entry of judgment to be taxed, and also ten dollars costs of opposing motion. In case of failure to pay such costs within the time provided by the rules, the motion denied, with ten dollars costs. Order to be settled by Mr. Justice Brady.